NOTE. *William Salisbury* v. *Patrick Keigher* and others.

November 19, 1891.

Appeal by plaintiff from a judgment of the municipal court of St. Paul.

*Willrich & Lambert,* for appellant.

*Munn, Boyesen & Thygeson,* for respondents.

GILFILLAN, C. J. The questions in this case are decided in *Sepp* v. *Mc-Cann, supra,* p. 364, (the opinion just filed.)

Judgment reversed.